IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, A Nevada limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV92 |
| v. | ) ) | |
| ENGLISH BOILER & TUBE, INC., a Virginia corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to compel entry onto land for inspection pursuant to Rule 34 (Filing No. 29). The Court has been advised by the parties that they have resolved the dispute. Accordingly,

      IT IS ORDERED that defendant's motion to compel is denied as moot.

      DATED this 9th day of December, 2011.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court