IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

CORNHUSKER ENERGY LEXINGTON,   )
LLC, A Nevada limited          )
liability company,             )
                               )
              Plaintiff,       )        8:11CV92
                               )
         v.                    )
                               )
ENGLISH BOILER & TUBE, INC.,   )        ORDER
a Virginia corporation,        )
                               )
              Defendant.       )
_____)

      This matter is before the Court on defendant's motion
for leave to file documents as restricted access (Filing No. 66).
The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted.
Exhibits J, K, L, S, X, Y, Z and AA filed in support of English
Boiler's motion for partial summary judgment shall remain as
restricted access pending further order of the Court.

      DATED this 1st day of August, 2012.

                    BY THE COURT:

                    /s/ Lyle E. Strom

                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court