```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

CORNHUSKER ENERGY LEXINGTON,  )
LLC, A Nevada limited         )
liability company,            )
                              )
                  Plaintiff,  )              8:11CV92
                              )
           v.                 )
                              )
ENGLISH BOILER & TUBE, INC.,  )              ORDER
a Virginia corporation,       )
                              )
                  Defendant.  )
_____)
```

        This matter is before the Court on defendant's motion for leave to file document as restricted access (Filing No. 74). The Court finds the motion should be granted. Accordingly,

        IT IS ORDERED that defendant's motion is granted. Exhibit B filed in support of English Boiler's motion to exclude documents improperly disclosed shall remain as restricted access pending further order of the Court.

        DATED this 2nd day of August, 2012.

                                            BY THE COURT:

                                            /s/ Lyle E. Strom
                                            _____
                                            LYLE E. STROM, Senior Judge
                                            United States District Court