IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, A Nevada limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV92 |
| v. | ) ) | |
| ENGLISH BOILER & TUBE, INC., a Virginia corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

      This matter is before the Court on defendant's motion for leave to file document as restricted access (Filing No. 74). The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that defendant's motion is granted. Exhibit B filed in support of English Boiler's motion to exclude documents improperly disclosed shall remain as restricted access pending further order of the Court.

      DATED this 2nd day of August, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court