IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, A Nevada limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV92 |
| v. | ) ) | |
| ENGLISH BOILER & TUBE, INC., a Virginia corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for leave to file document as restricted access (Filing No. 80). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. Restricted Exhibits filed in support of English Boiler's motion in limine shall remain as restricted access pending further order of the Court.

DATED this 7th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court