IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, A Nevada limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV92 |
| v. | ) ) | |
| ENGLISH BOILER & TUBE, INC., a Virginia corporation, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

On advice from counsel that the parties have successfully mediated this case,

IT IS ORDERED that all pending deadlines are stayed. The parties shall file a status report or dismissal papers on or before September 28, 2012.

DATED this 13th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court