IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, A Nevada limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV92 |
| v. | ) ) | |
| ENGLISH BOILER & TUBE, INC., a Virginia corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

      This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 88). Pursuant thereto,

      IT IS ORDERED:

      1) The joint stipulation for dismissal with prejudice is approved and adopted.

      2) All claims between the parties are dismissed with prejudice.

      3) Any pending motions are denied as moot.

      DATED this 3rd day of October, 2012.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court